SUZANNE A. LUBAN
Attorney at Law
State Bar No.: 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Petitioner
RONEY R. NUNES

**FILED**

JUN 1 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONEY R. NUNES, | Civ. S-98-1333-DFL-KJM P |
| Petitioner, | |
| vs. | ORDER APPOINTING COUNSEL AND GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL |
| ANA RAMIREZ-PALMER | |
| Respondent. | Judge: Hon. David. F. Levi |

For Good Cause Shown, IT IS HEREBY ORDERED that Suzanne A. Luban shall be appointed to represent petitioner Roney Nunes in the appeal of the denial of his application for writ of habeas corpus, and petitioner is hereby granted leave to proceed in forma pauperis in this appeal..

DATED: __6/13__, 2006

_____
HON. DAVID F. LEVI
Chief U.S. District Judge