IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONEY R. NUNES,

      Petitioner,                No. CIV S-98-1333 DFL KJM P

    vs.

ANA RAMIREZ-PALMER,

      Respondent .            <u>ORDER</u>

                                /

        Petitioner has timely filed a notice of appeal of this court's February 10, 2006 denial of his application for a writ of habeas corpus and requested a certificate of appealability from this court under 28 U.S.C. § 2253.

        The court only issues a certificate of appealability "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

/////

1

court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following claims presented in the instant petition: (1) whether the sentence violated the Eighth Amendment (claim 1); (2) whether the prosecutor engaged in prosecutorial vindictiveness (claim 2); and (3) whether <u>People v. Sumstine</u>, 36 Cal.3d 909 (1984), creates a protected liberty interest that was violated in post-conviction proceedings (claim 4). However, petitioner has failed to make a substantial showing of the denial of a constitutional right for the claim of failure to re-instruct the jury on the definition of reasonable doubt during the enhancement phase of the trial.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action for the three claims identified above.

DATED: 6/13/2006

_____
DAVID F. LEVI
United States District Judge

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.

2